## UNITED STATES of America, Plaintiff–Appellee,

v.

## Jorge LINARES–RODRIGUEZ, aka Claudio Estrada, Defendant–Appellant.

No. 07–10260.

United States Court of Appeals, Ninth Circuit.

Submitted June 18, 2008.*

Filed July 3, 2008.

Claire Kiehl Lefkowitz, Esq., Office of the U.S. Attorney Evo A. Deconcini U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

Carla J. Mondou, Marana, AZ, for Defendant–Appellant.

Before: THOMAS, W. FLETCHER and CLIFTON, Circuit Judges.

MEMORANDUM **

Jorge Linares–Rodriguez appeals from the 77–month sentence imposed following his guilty-plea conviction for illegal reentry after deportation, in violation of 8 U.S.C. § 1326. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).
** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Linares–Rodriguez contends that his sentence is unreasonable because it is greater than necessary to accomplish the goals of sentencing, and because the district court failed to consider the pertinent sentencing factors. We conclude that there was no procedural error and that the sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 995–96 (9th Cir.2008) (en banc).

**AFFIRMED.**